KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMRIK SINGH, <br><br>            Plaintiff, <br><br>            v. <br><br>EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services, <br><br>            Defendant. | No. C 06-3202 JSW <br><br>**STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about May 12, 2006, and Defendant's answer is currently due on July 21, 2006.

    2. Pursuant to this Court's May 12, 2006 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on September 15, 2006, and attend a case management conference on September 22, 2006.

    3. The U.S. Citizenship and Immigration Service has adjudicated Plaintiff's Form I-730 Petition, but needs more time to consider issuing travel documents to Plaintiff's beneficiaries in India. The parties hereby respectfully ask this Court to extend the date in the Court's scheduling order as follows:

| | | |
|---|---|---|
| 1 | Defendant's Answer: | September 4, 2006 |
| 2 | Last day to file Joint ADR Certification: | October 6, 2006 |
| 3 | Last day to file/serve Joint Case Management Statement: | October 20, 2006 |
| 4 | Case Management Conference: | October 27, 2006 at 1:30 p.m. |

Dated: July 14, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendant

Dated: July 14, 2006

/s/
JONATHAN M. KAUFMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 17, 2006

JEFFREY S. WHITE
United States District Judge