KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMRIK SINGH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services,<br><br>　　　　　　Defendant. | No. C 06-3202 JSW<br><br>**SECOND STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |

　　Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

　　1. Plaintiff filed this action on or about May 12, 2006, and Defendant's answer is currently due on July 21, 2006.

　　2. Pursuant to the approval of the parties' first request for an extension of dates, Defendant's Answer is due September 4, 2006, the parties are required to file a joint case management statement on October 20, 2006, and attend a case management conference on October 27, 2006.

　　3. The U.S. Citizenship and Immigration Service has granted Plaintiff's Form I-730 Petition, but needs more time to consider issuing travel documents to Plaintiff's beneficiaries in India. The parties hereby respectfully ask this Court to extend the date in the Court's scheduling order as

Second Stip to Ext Time
C 06-3202 JSW

follows:

| | |
|---|---|
| Defendant's Answer: | October 4, 2006 |
| Last day to file Joint ADR Certification: | November 10, 2006 |
| Last day to file/serve Joint Case Management Statement: | November 24, 2006 |
| Case Management Conference: | December 1, 2006 at 1:30 p.m. |

Dated: August 22, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendant

Dated: August 22, 2006

/s/
JONATHAN M. KAUFMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: August 23, 2006

JEFFREY S. WHITE
United States District Judge

Second Stip to Ext Time
C 06-3202 JSW                                  2