KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMRIK SINGH, | No. C 06-3202 JSW |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS; and** [PROPOSED] **ORDER** |
| EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services, | |
| Defendant. | |

Plaintiff, by and through his attorney of record, and Defendant, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the approval of Plaintiff's derivative asylum petition.

Each of the parties shall bear their own costs and fees.

///
///
///
///
///
///
///

Stip to Dismiss
C 06-3202 JSW

1 | Dated: September 27, 2006          Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendant

Dated: September 27, 2006

/s/
JONATHAN M. KAUFMAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 28, 2006

*[signature: Jeffrey S. White]*
JEFFREY S. WHITE
United States District Judge

Stip to Dismiss
C 06-3202 JSW      2